No. 03-3757

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| GARY D. WILDER, | ) |
| Petitioner-Appellant, | ) ) ) |
| v. | ) ORDER ) |
| BUTLER COUNTY COURT OF COMMON PLEAS, | ) ) ) ) |
| Respondent-Appellee. | ) ) |

**FILED**
OCT 7 2003
LEONARD GREEN, Clerk

Gary D. Wilder, an Ohio state prisoner, moves for pauper status and appeals pro se a district court order dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2254. This matter is before the court upon an application for a certificate of appealability. Fed. R. App. P. 22(b).

Upon consideration, the application for a certificate of appealability is denied. The motion for pauper status is denied as moot.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By [signature]
Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
CLERK

ROBIN DUNCAN
(513) 564-7036
www.ca6.uscourts.gov

Filed: October 7, 2003

Gary D. Wilder
Chillicothe Correctional Institute
#A201-280
P.O. Box 5500
Chillicothe, OH 45601

Thelma T. Price
Office of the Attorney General
Corrections Litigation Section
140 E. Town Street
14th Floor
Columbus, OH 43215-6001

RE: 03-3757
Wilder vs. Butler Cnty Court
District Court No. 01-00711

Enclosed is a copy of an order which was entered today in the above-styled case.

Robin Duncan
Case Manager

Enclosure

Certified Copy to:
Honorable Susan J. Dlott
Mr. Kenneth J. Murphy