| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Jim Boring | ☐ Agent<br>☐ Addressee |
|  | B. Received by (Printed Name)<br>Tim Boring | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mary Wilaw<br>#A 201-280<br><br>Chillicothe Corr Inst.<br>PO Box 5500<br><br>Chillicothe OH 45601 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
|  | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
|  | 4. Restricted Delivery? (Extra Fee)         ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)   7002 0860 0006 5229 4431 | | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-0835 |