**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

Filed: October 28, 2003

Kenneth J. Murphy
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

    RE: 03-3757
        Wilder vs. Butler Cnty Court
        District Court No. 01-00711

Dear Clerk:

    Enclosed please find:

        The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3757] . Volumes included: 1 P1;

    Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

---

Name and Title of Authorized Agent for
the District Court or Government Agency

Very truly yours,
Leonard Green, Clerk

/MRS/
Michelle R. Senger
Records Management Deputy